IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RAMON JAVIER ALAMAREZ-LEYVA ) | |
| ) | |
| v.  ) | |
| ) | CIVIL ACTION NO. B-03-077 |
| JOHN ASHCROFT, et al.  ) | |
| ) | |

**UNOPPOSED MOTION TO TRANSFER**

On May 11, 2005, the REAL ID Act of 2005 became law. The REAL I D Act, is found within Division B of the "Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Tsunami Relief, 2005," Pub. L. No. 109-13, 119 Stat. 231. Specifically, §106 of Title I ("Amendments to Federal Laws to Protect Against Terrorist Entry") is entitled "Judicial Review of Orders of Removal." The effective date is May 11, 2005.

Section 106(c) provides that any case pending in district court in which an alien challenges a final administrative order of removal, deportation, or exclusion shall be transferred by the district court to the appropriate court of appeals. This is such a case.

Therefore, Respondents move this case be transferred to the United States Court of Appeals for the Fifth Circuit. Plaintiff **does not** oppose the transfer.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MICHAEL T. SHELBY<br>United States Attorney<br>Southern District of Texas |
|  | s/ Lisa M. Putnam<br>LISA M. PUTNAM<br>Special Assistant U.S. Attorney<br>P.O. Box 1711<br>Harlingen, Texas 78551<br>Tel: (956) 389-7051<br>Georgia Bar No. 590315 |
| August 10, 2005 | Federal Bar No. 2393 |

### CERTIFICATE OF NON OPPOSITION

The undersigned has conferred with opposing counsel who is not opposed to this motion.

/s/ Lisa M. Putnam
LISA M. PUTNAM
Special Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Unopposed Motion to Transfer was served upon the attorney for the Petitioner by first class, postage-prepaid mail addressed to:

Phillip Cowan, Esquire
500 E. Levee
Brownsville, TX  78520

on this 10th day of August, 2005.

/s/ Lisa M. Putnam
LISA M. PUTNAM
Special Assistant United States Attorney