IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RAMON JAVIER ALAMAREZ-LEYVA  )<br>)<br>v.                                )<br>)  CIVIL ACTION NO. B-03-077<br>JOHN ASHCROFT, et al.         )<br>_____) | |

**ORDER TO TRANSFER**

The Respondents' unopposed motion to transfer is **GRANTED.** This case is transferred to the United States Court of Appeals for the Fifth Circuit pursuant to Pub. L. No. 109-13, 119 Stat. 231, §106. The Clerk shall transmit the file forthwith.

Dated this _____ day of _____, 2005.

_____
United States District Court Judge