United States District Court
Southern District of Texas
ENTERED

AUG 1 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumed

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RAMON JAVIER ALAMAREZ-LEYVA  )
                            )
v.                          )
                            )  CIVIL ACTION NO. B-03-077
JOHN ASHCROFT, et al.       )
                            )

## ORDER TO TRANSFER

The Respondents' unopposed motion to transfer is **GRANTED**. This case is transferred to the United States Court of Appeals for the Fifth Circuit pursuant to Pub. L. No. 109-13, 119 Stat. 231, §106. The Clerk shall transmit the file forthwith.

Dated this 15th day of August, 2005.

_____
United States Magistrate Judge